# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| KENT PRIESKORN<br><br>          Plaintiff,<br><br>     v.<br><br>CHERIE HOBBS<br>          Defendant. | CIVIL NO. 16/58<br><br>ACTION FOR PERSONAL<br>INJURIES AND DAMAGES<br><br><u>JURY TRIAL DEMANDED</u> |

### NOTICE OF SUBPOENA DUCES TECUM
### RECORDS DELIVERY AND
### TESTIMONY WILL BE TAKEN

To:   Savant Restaurant
      4C Hospital Street
      Christiansted, VI  00820

PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, 32 and of the federal Rules of Civil Procedure, you are hereby command produce and permit inspection and copying of the following documents or objects at the Law Offices of Pamela Lynn Colon LLC., located at 2155 King Cross Street, Suite 3, Christiansted, VI, on or before Friday, November 11, 2016, at 03:00 p.m. to produce at that time and place the following documents:

> Any and all receipts, credit card receipts, guest checks, and/or order tickets for food and/or drink purchased on April 24, 2016, by Cherie Hobbs and/or Rhonda Ezell.

You will be required to appear in Court. You will not be required to surrender the original items. You may comply with this subpoena by giving legible copies of the items to be produced to the attorney whose name appears in this subpoena on the scheduled

date of production and appearance.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.

If you fail to:

(1) furnish the records as provided above; or

(2) appear as provided above; or

(3) object to this subpoena

you may be in contempt of court.  You are subpoenaed by the attorney whose name appear in the subpoena and, unless excused from the subpoena by the attorney or the Court, you shall respond to the subpoena as directed.

|  |  |
|---|---|
| DATED: October 20, 2016 | LAW OFFICES OF PAMELA LYNN COLON, LLC<br>Attorney for Plaintiff<br><br>By: /s/ Pamela Lynn Colon, Esquire<br>Pamela Lynn Colon, Esquire<br>2155 King Cross Street, Suite 3<br>Christiansted, St. Croix, VI  00820<br>(340) 719-7100<br>(340) 719-7700 (facsimile)<br>Email: pamelalcolon@msn.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing is being served this day on all counsel records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

Douglas L. Capdeville, Esquire
Law Offices of Douglas L. Capdeville, P.C.
2107 Company Street, Suite 2
Christiansted, VI  00820-4916

/s/ Pamela Lynn Colon, Esquire